[No. 26602-8-III.  Division Three.  October 2, 2008.]

JOSE CRUZ, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-2-03181-1, Michael E. Schwab, J., entered October 26, 2007. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.

[No. 60293-4-I.  Division One.  October 6, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. M.E., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-00313-6, Carol A. Schapira, J., entered July 6, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60662-0-I.  Division One.  October 6, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CLEORA A. SWIRTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-02968-1, James H. Allendoerfer, J., entered September 11, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60668-9-I.  Division One.  October 6, 2008.]

LINDA LIRETTE, *Appellant*, v. THE ROANOKE GROUP, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-08471-3, Andrea A. Darvas, J., entered October 3, 2007. *Affirmed* by unpublished per curiam opinion.